Matter of Hassan v New York City Civ. Serv. Commn. (2025 NY Slip Op 03134)

Matter of Hassan v New York City Civ. Serv. Commn.

2025 NY Slip Op 03134

Decided on May 22, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 22, 2025

Before: Webber, J.P., Moulton, Friedman, Gesmer, Michael, JJ. 

Index No. 157672/22|Appeal No. 4419|Case No. 2024-02264|

[*1]In the Matter of Mirmohammad Hassan, Petitioner-Appellant,
v
New York City Civil Service Commission, et al., Respondents-Respondents.

Kousoulas & Associates PC, New York (Antonia Kousoulas of counsel), for appellant.
Muriel Goode-Trufant, Corporation Counsel, New York (Janet L. Zaleon of counsel), for respondents.

Order and judgment (one paper) of the Supreme Court, New York County (Richard Latin, J.), entered on or about March 4, 2024, which denied the petition to annul a determination of respondent New York City Civil Service Commission (CSC), dated May 13, 2022, affirming a determination of respondent New York City Police Department (NYPD) terminating petitioner's employment following a disciplinary hearing in absentia, granted respondents' cross-motion to dismiss the petition, and dismissed the proceeding brought pursuant to CPLR article 78, unanimously affirmed, without costs.
Petitioner's constitutional arguments, which are his only arguments reviewable under the "extremely narrow scope of review applicable" to CSC determinations (Matter of Centeno v City of New York, 115 AD3d 537, 538 [1st Dept 2014]), are unpreserved. In his brief before the CSC, petitioner "never protested that [his] constitutional rights were being violated," and "[t]his Court has 'no discretionary authority' to 'reach[] an unpreserved issue in the interest of justice' in an article 78 proceeding . . . including issues touching on due process" (Matter of Almanzar v N. Y. City Civ. Serv. Commn., 166 AD3d 522, 524 [1st Dept 2018], quoting Matter of Khan v New York State Dept. of Health, 96 NY2d 879, 880 [2001]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 22, 2025